141 F.3d 1169
 NOTICE: Eighth Circuit Rule 28A(k) governs citation of unpublished opinions and provides that they are not precedent and generally should not be cited unless relevant to establishing the doctrines of res judicata, collateral estoppel, the law of the case, or if the opinion has persuasive value on a material issue and no published opinion would serve as well.
Kraig M. LAGER, Appellant,
v.
George LOMBARDI, Director (Is sued in his individual and
official capacities as the Director of the Division of Adult
Institutions for the Missouri Department of Corrections);
Steve Long, Asst. Director (Is sued in his individual and
official capacities as the Assistant Director of the
Division of Adult Institutions for the Missouri Department
of Corrections); Paul Caspari, Superintendent (Is sued in
his individual and official capacities as the Superintendent
of the Missouri Eastern Correctional Center); Gene
Stubblefield, Asst. Supt. (Is sued in his individual Eastern
District of Missouri. and official capacities as the
Assistant Superintendent of the Missouri Eastern
Correctional Center); Larry Bogan, Asst. Supt. (Is sued in
his individual and official capacities as the Assistant
Superintendent of the Missouri Eastern Correctional Center);
Larry Rowley, Asst. Supt. (Is sued in his individual and
official capacities as the Assistant Superintendent of the
Missouri Eastern Correctional Center); Mike Curran, F.U.M.
(Is sued in his individual and official capacities as the
Function Unit Manager for the Missouri Eastern Correctional
Center); Mary Brundage, F.U.M. (Is sued in her individual
and official capacities as the Function Unit Manager for the
Missouri Eastern Correctional Center); Donna Brown, F.U.M.
(Is sued in her individual and official capacities as the
Function Unit Manager for the Missouri Eastern Correctional
Center); Jennifer Sachse, F.U.M. (Is sued in her individual
and official capacities as the Function Unit Manager for the
Missouri Eastern Correctional Center); William Jackson,
C.O. III (Is sued in his individual and official capacities
as the Captain of Security for the Missouri Eastern
Correctional Center); Jerry Brown, C.O. III (Is sued in his
individual and official capacities as the Captain of
Security for the Missouri Eastern Correctional Center);
James Hannekey, C.O. III (Is sued in his individual and
official capacities as the Captain of Security for the
Missouri Eastern Correctional Center); Sharon Bucher, C.O.
III (Is sued in her individual and official capacities as
the Lieutenant of Security for the Missouri Eastern
Correctional Center); Jeff Terschluse, I.I.O. (Is sued in
his individual and official capacities as the Institutional
Investigating Officer for the Missouri Eastern Correctional
Center); Stephen Parker, C.O. II (Is sued in his individual
and official capacities as the Sergeant for the Missouri
Eastern Correctional Center); Ulen Witt, C.O. II (Is sued
in his individual and official capacities as the Sergeant
for the Missouri Eastern Correctional Center); Malcolm
McGregor, C.O. II (Is sued in his individual and official
capacities as the as the Sergeant for the Missouri Eastern
Correctional Center); Donald Morard, C.O. II (Is sued in
his individual and official capacities as the Sergeant for
the Missouri Eastern Correctional Center); Fred Elder, C.O.
II (Is sued in his individual and official capacities as the
Sergeant for the Missouri Eastern Correctional Center);
Rowan Kloppe, C.C.W. (Is sued in his individual and official
capacities as the Corrections Caseworker for the Missouri
Eastern Correctional Center); Ann Barnhill, C.C.W. (Is sued
in her individual and official capacities as the Corrections
Caseworker for the Missouri Eastern Correctional Center);
David Sitton, C.C.W. (Is sued in his individual and official
capacities as the Corrections Caseworker for the Missouri
Eastern Correctional Center); Margaret Puff, C.C.W. (Is
sued in her individual and official capacities as the
Corrections Caseworker for the Missouri Eastern Correctional
Center); Hershel Brooks, C.O. I (Is sued in his individual
and official capacities as a Corrections Officer for the
Missouri Eastern Correctional Center); Robert Pannell, C.O.
I (Issued in his individual and official capacities as a
Corrections Officer for the Missouri Eastern Correctional
Center); John Vaughan, C.O. I (Issued in his individual and
official capacities as a Corrections Officer for the
Missouri Eastern Correctional Center); William Weaver, C.O.
I (Issued in his individual and official capacities as a
Corrections Officer for the Missouri Eastern Correctional
Center) Appellees.
 No. 96-3959.
 United States Court of Appeals, Eighth Circuit.
 Submitted March 6, 1998.
Filed March 10, 1998.
 
 Appeals from the United States District Court for the Eastern District of Missouri.
 Before BOWMAN, WOLLMAN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
 UNPUBLISHED
 PER CURIAM.
 
 
 1
 Kraig M. Lager appeals from the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against past and present employees of the Missouri Department of Corrections. We conclude the evidence Mr. Lager submitted to the district court, including his declaration attached to his motion to admit "lay" testimony, was insufficient to support his claims. We also conclude the district court did not abuse its discretion by denying Mr. Lager's motion to compel and Federal Rule of Civil Procedure 56(f) motion for a continuance. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.
 
 
 
 [1]
 The Honorable Terry I. Adelman, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c)